UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DIXIE METAL PRODUCTS, INC.,

    Plaintiff,

v.                                    Case No.: 5:21-cv-441-JSM-PRL

PEDDINGHAUS CORPORATION,

    Defendant.
_____/

**NOTICE OF A RELATED ACTION**

Defendant Peddinghaus Corporation respectfully submits this Notice of Related Action pursuant to Middle District of Florida Local Rule 1.07(c), and in accordance with, hereby certifies that the instant action:

☐    **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

☒    **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

I further certify that I will serve a copy of this Notice of A Related Action upon each party no later than fourteen days after appearance of the party.

2

Dated:  August 31, 2021                    Respectfully submitted,

                                                  STUMPHAUZER FOSLID
SLOMAN ROSS & KOLAYA, PLLC
Two South Biscayne Boulevard
Suite 1600
Miami, FL  33131
Telephone: (305) 614-1400
Facsimile: (305) 614-1425

By: */s/ Ian M. Ross*
Ian M. Ross
Florida Bar No. 091214
iross@sfslaw.com
Jorge Pérez Santiago
Florida Bar No. 91915
jperezsantiago@sfslaw.com

*Counsel for Defendant Peddinghaus Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of August, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, causing a copy of the foregoing document to be served on all counsel of record via Notice of Electronic Filing.

 /s/  Ian M. Ross  
IAN M. ROSS

## SERVICE LIST

THE SOTO LAW GROUP, P.A.
Oscar E. Soto, Esq.
oscar@sotolawgroup.com
doug@sotolawgroup.com
rebecca@sotolawgroup.com
eservice@sotolawgroup.com
Coastal Tower, Suite 400
2400 Commercial Boulevard
Fort Lauderdale, Florida 33308
Tel:   (954) 567-1776
Fax:   (954) 567-1778