UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DIXIE METAL PRODUCTS, INC.,

    Plaintiff,

v.                                                                                          Case No.: 5:21-cv-441-JSM-PRL

PEDDINGHAUS CORPORATION,

    Defendant.

_____/

**DEFENDANT PEDDINGHAUS CORPORATION'S UNOPPOSED
MOTION FOR EXTENSION OF TIME**

Defendant Peddinghaus Corporation ("Peddinghaus"), pursuant to Federal Rule of Civil Procedure 6(b), and by and through its undersigned counsel, hereby moves this Court for an extension of time to respond to Plaintiff's Complaint ("Complaint" or "Compl.") through and including September 21, 2021, and in support thereof, states as follows:

1. On July 28, 2021, Plaintiff Dixie Metal Products, Inc. ("Dixie Metal") filed its Complaint against Peddinghaus in the 5th Judicial Circuit in and for Marion County, Florida ("State Court Action"). *See* ECF No. 1-1. Plaintiff served the Complaint on Peddinghaus on August 2, 2021.

2. On August 27, 2021, Peddinghaus filed a notice of removal of the State Court Action. *See* ECF No. 1. Thus, Peddinghaus' current deadline to respond to the Complaint is September 3, 2021 pursuant to Federal Rule of Civil Procedure 81(c)(2)(C).

*Unopposed Motion for Extension of Time*
Case No.: 5:21-cv-441-JSM-PRL

3. Undersigned counsel were only recently retained and, due to previously-scheduled professional and personal obligations, respectfully require additional time to consult with Peddinghaus and prepare a response to Dixie Metal's Complaint, which alleges that Peddinghaus breached the parties' contract and seeks, among other relief, damages and rescission of the contract worth at least $727,427.00. Compl. at ¶¶ 11, 19-40.

4. Good cause exists to grant the requested extension.

5. Peddinghaus contacted counsel for Plaintiff, who has consented to Peddinghaus' request for an extension of time to September 21, 2021.

6. This Motion is not being filed for the purpose of delay, no party will be prejudiced by the requested extension, and an extension will not affect any other current deadlines pursuant to the Federal Rules of Civil Procedures or the Local Rules of this Court. This is the first requested extension of time to respond to the Complaint.

WHEREFORE, Peddinghaus respectfully moves this Court for an extension of time, through and including September 21, 2021, to respond to the Complaint, and for all such further relief as this Court deems just.

## LOCAL RULE 3.01(g) CERTIFICATION

I hereby certify that counsel for Peddinghaus has conferred with counsel for Plaintiff and that the parties agree on the resolution of this Motion.

*Unopposed Motion for Extension of Time*
Case No.: 5:21-cv-441-JSM-PRL

Dated:  September 3, 2021

Respectfully submitted,

STUMPHAUZER FOSLID
SLOMAN ROSS & KOLAYA, PLLC
Two South Biscayne Boulevard
Suite 1600
Miami, FL  33131
Telephone: (305) 614-1400
Facsimile: (305) 614-1425

By: */s/ Ian M. Ross*
Ian M. Ross
Florida Bar No. 091214
iross@sfslaw.com
Jorge Pérez Santiago
Florida Bar No. 91915
jperezsantiago@sfslaw.com

*Counsel for Defendant Peddinghaus Corporation*

*Unopposed Motion for Extension of Time*
Case No.: 5:21-cv-441-JSM-PRL

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of September, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, causing a copy of the foregoing document to be served on all counsel of record via Notice of Electronic Filing.

/s/ Ian M. Ross
IAN M. ROSS

## SERVICE LIST

THE SOTO LAW GROUP, P.A.
Oscar E. Soto, Esq.
oscar@sotolawgroup.com
doug@sotolawgroup.com
rebecca@sotolawgroup.com
eservice@sotolawgroup.com
Coastal Tower, Suite 400
2400 Commercial Boulevard
Fort Lauderdale, Florida 33308
Tel:   (954) 567-1776
Fax:   (954) 567-1778