UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DIXIE METAL PRODUCTS, INC.,             CASE NO.: 5:21-cv-441-JSM-PRL

    Plaintiff,

v.

PEDDINGHAUS CORPORATION,

    Defendant.
_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND**
**CORPORATE DISCLOSURE STATEMENT**

Plaintiff, Dixie Metal Products, Inc. ("Dixie Metal"), through its undersigned counsel, hereby discloses the following pursuant to Rule 3.03 of the Local Rules of the Middle District of Florida:

1. Each person – including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity – that has or might have an interest in the outcome:

    a.    Dixie Metal Products, Inc.;

    b.    Oscar E. Soto, Esq.;

  c.  Douglas Clarke, Esq.;

  d.  The Soto Law Group, P.A.;

  e.  Peddinghaus Corporation;

  f.  Jim Ducayet, Esq.;

  g.  Will French, Esq.;

  h.  Sidley Austin LLP;

  i.  Ian M. Ross, Esq.;

  j.  Jorge A. Perez Santiago, Esq.; and

  k.  Stumphauzer Foslid Sloman Ross & Kolaya, PLLC

  2.  Each entity with publicly traded shares or debt potentially affected by the outcome:  Not applicable.

  3.  Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee: None known to Dixie Metal at this time.

  4.  Each person arguably eligible for restitution: Plaintiff, Dixie Metal Products, Inc.

  I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action,

and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: September 3, 2021.

>SOTO LAW GROUP, P.A.
>*Attorneys for Plaintiff, Dixie Metal Products, Inc.*
>2400 E. Commercial Blvd., Suite 400
>Fort Lauderdale, Florida 33308
>Tel:   (954) 567-1776
>Fax:   (954) 567-1778
>Primary:  oscar@sotolawgroup.com
>Secondary:  rebecca@sotolawgroup.com
>E-Service *only*:  eservice@sotolawgroup.com
>
>By: */s/ Oscar E. Soto*
>     Oscar E. Soto, Esq.
>     Florida Bar No.: 766038

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 3, 2021, the foregoing document was filed with the Clerk of Court using the Court's CM/ECF system, which will generate notification to all counsel of record, or pro se parties identified below, if any, thereby notifying all parties of record.

>By: */s/ Oscar E. Soto*
>     Oscar E. Soto, Esq.
>     Florida Bar No. 766038