UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DIXIE METAL PRODUCTS, INC.,

    Plaintiff/Counter-Defendant,

v.         Case No.: 5:21-cv-441-JSM-PRL

PEDDINGHAUS CORPORATION,

    Defendant/Counter-Plaintiff.
_____/

## JOINT STIPULATION OF DISMISSAL

Plaintiff/Counter-Defendant, Dixie Metal Products, Inc., and Defendant/Counter-Plaintiff, Peddinghaus Corporation, hereafter collectively "the Parties," state as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties jointly stipulate to the voluntary dismissal of this action without prejudice.

2. The parties have settled this matter subsequent to mediation via an executed Settlement and Release Agreement and agree to dismiss this action.

3. The Parties hereto will be responsible for bearing their own attorneys' fees and costs related to this action.

4. The Parties respectfully request that this dismissal be automatically converted to a dismissal with prejudice on June 14, 2022, unless before that date a Party files a motion to reinstate, to enforce the terms of the Parties' Agreement, or for additional time to file a motion to reinstate or a motion to enforce such Agreement.

5. The Parties therefore request that this Honorable Court enter the attached proposed Order dismissing this action; setting forth the terms pursuant to which it shall dismiss with prejudice; and retaining jurisdiction to enforce the terms of the Parties' Settlement and Release Agreement dated February 17, 2022.

Respectfully submitted on this 22 day of February 2022,

| | |
|---|---|
| */s/ Ian M. Ross* | */s/ Oscar E. Soto* |
| Ian M. Ross, Esq. | Oscar E. Soto, Esq. |
| Florida Bar No.: 91214 | Florida Bar No.: 766038 |
| STUMPHAUZER FOSLID | SOTO LAW GROUP, P.A. |
| SLOMAN ROSS & KOLAYA, PLLC | *Counsel for Plaintiff* |
| *Counsel for Defendant* | 2400 E. Commercial Blvd., Suite 400 |
| Two South Biscayne Boulevard | Fort Lauderdale, Florida 33308 |
| Suite 1600 | Tel: (954) 567-1776 |
| Miami, FL 33131 | Fax: (954) 567-1778 |
| Telephone: (305) 614-1400 | Primary: oscar@sotolawgroup.com |
| Facsimile: (305) 614-1425 | Secondary: rebecca@sotolawgroup.com |

*/s/ James W. Ducayet*

James W. Ducayet, Esq.
*Pro Hac Vice*
SIDLEY AUSTIN LLP
*Counsel for Defendant*
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Fax: (312) 853-7036

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DIXIE METAL PRODUCTS, INC.,

    Plaintiff/Counter-Defendant,

v.                                                                   Case No.: 5:21-cv-441-JSM-PRL

PEDDINGHAUS CORPORATION,

    Defendant/Counter-Plaintiff.
_____/

**ORDER APPROVING JOINT STIPULATION OF DISMISSAL**

THIS CAUSE having come before the Court on the Parties' Joint Stipulation of Dismissal, it is hereby ORDERED AND ADJUDGED

The Joint Stipulation of Dismissal is hereby APPROVED.

This case is dismissed without prejudice. This dismissal be automatically converted to a dismissal with prejudice on June 14, 2022, unless before that date a Party files a motion to reinstate, to enforce the terms of the Parties' Agreement, or for additional time to file a motion to reinstate or a motion to enforce such Agreement.

The Court shall retain jurisdiction to enforce the Parties' Settlement and Release Agreement, dated February 17, 2022.

DONE AND ORDERED in Chambers in Orlando, Florida on this _____ day of _____, 2022.

_____
U.S. District Judge Anne C. Conway